USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/21/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CYNTHIA BALL,

                          Plaintiff,                             **19-CV-10593 (LJL) (KHP)**

           -against-                           **ORDER TO FILE 7.1 STATEMENT**

MARRIOTT INTERNATIONAL, INC.

                          Defendant.

------------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

        Federal Rule of Civil Procedure requires a nongovernmental corporate party to file a disclosure statement with its first appearance identifying any parent corporation and any publicly held corporation owning 10% or more of its stock or to state there is no such corporation. Fed. R. Civ. P. 7.1. The Rule further requires such a party to promptly file a supplemental statement if any information changes, such as in the case of a corporate acquisition, merger, etc. Id. "Promptly" means within fourteen days of the corporate change. Local Rule 7.1.1.

        It appears the nongovernmental corporate party in this action failed to comply with the Rule. Accordingly, within five business days of this Order, MARRIOTT INTERNATIONAL, INC. shall file a disclosure statement on ECF. A failure to do so may result in sanctions.

        **SO ORDERED.**

DATED:     New York, New York
               July 21, 2022

                                                                 KATHARINE H. PARKER
                                                               United States Magistrate Judge