UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA BALL,<br><br>    Plaintiff,<br><br>  v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>    Defendant. | Civil Action No: 1:19-CV-10593-JPO-KHP<br><br>**NOTICE OF SUBSTITUTION<br>OF COUNSEL** |

  The undersigned hereby consent to the substitution of counsel for Defendant Marriott International, Inc., in the above-captioned matter.

| WITHDRAWING COUNSEL: | SUPERSEDING COUNSEL: |
|---|---|
| Constangy, Brooks, Smith & Prophete, LLP | FordHarrison LLP |
| s/ *Keya C. Denner* | s/*Mark A. Saloman* |
| Keya C. Denner, Esq. | Mark A. Saloman, Esq. |
| 100 Charles Ewing Boulevard, Suite 140 | 300 Connell Drive, Suite 4100 |
| Ewing, New Jersey 08628 | Berkeley Heights, New Jersey 07922 |
| T: (609) 454-0096 | T: (973) 646-7300 |
| kdenner@constangy.com | msaloman@fordharrison.com |
| Dated: July 29, 2022 | Dated: July 20, 2022 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 29, 2022, the foregoing pleading was filed with the Clerk of the court via electronic filing and served upon counsel to all parties via electronic filing.

Respectfully submitted,

FORD HARRISON LLP

By: */s/ Mark A. Saloman*
    Mark A. Saloman, Esq.
    300 Connell Drive, Suite 4100
    Berkeley Heights, New Jersey 07922
    Tel: (973) 646-7300
    Fax: (973) 646-7301
    msaloman@fordharrison.com
    *Attorneys for Defendant*

WSACTIVELLP:13265968.1