UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CYNTHIA BALL,

                        Plaintiff,

      -against-                               19 **CIVIL** 10593 (LJL)

                                                      **JUDGMENT**

MARRIOTT INTERNATIONAL, INC.,

                       Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 12, 2022, defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      September 13, 2022

                                                       **RUBY J. KRAJICK**

                                                       _____
                                                            **Clerk of Court**

                                 **BY:**

                                                            _____
                                                            **Deputy Clerk**